IN THE UNITED STATED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

BEIMAN ZAPATA,  )   **STIPULATION OF**
  )   **VOLUNTARY DISMISSAL**
  Plaintiff  )   **PURSUANT TO F.R.C.P.**
  )   **41(a)(1)(A)(ii)**
v.  )
  )   Case No.:   10 CV 06283 (CM)
RIVERSIDE STUDY CENTER INC. and  )
SEE PAINTING, INC.,  )
  )
  Defendant(s)  )
  )
  )

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action has been settled and therefore, voluntarily dismissed, with prejudice against the defendant RIVERSIDE STUDY CENTER INC. pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

_____(7214)_____
*Signature of plaintiffs or plaintiff's counsel*

1250 Waters Place, Ste. 901,
*Address*

Bronx, New York 10461
*City, State & Zip Code*

(718) 585-6551
*Telephone Number*

Dated: 6/13/12

_Peter E. Vaiio (2972)_
*Signature of defendants or defendant's counsel*

125 Broad Street- 7th FL
*Address*

New York, New York 10004
*City, State & Zip Code*

(212) 440-2350
*Telephone Number*

Dated: 6/13/12

SO ORDERED:

_____
U.S.D.J.   7/31/12

*Pursuant to this Court's May 16, 2012 Decision & Order all claims against Defendant See Painting, Inc. have been dismissed.